```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 55129
   MICHAEL MCFADDEN
   TRINA MCFADDEN                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-8374    SSN XXX-XX-5957

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/14/2005 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 11/23/2005.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
CENTRIX FINANCIAL LLC     SECURED            10000.00        .00          .00
CENTRIX FINANCIAL LLC     UNSEC W/INTER       5485.65        .00          .00
FAIRFIELD                 SECURED NOT I    NOT FILED         .00          .00
FAIRFIELD                 UNSEC W/INTER    NOT FILED         .00          .00
BALABAN FURNITURE         UNSEC W/INTER    NOT FILED         .00          .00
CALVARY PORTFOLIO SERVIC  UNSEC W/INTER    NOT FILED         .00          .00
CREDIT PAC                UNSEC W/INTER    NOT FILED         .00          .00
H AND F LAW               UNSEC W/INTER    NOT FILED         .00          .00
IC SYSTEM                 UNSEC W/INTER    NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    NOT FILED         .00          .00
LVNV FUNDING              UNSEC W/INTER    NOT FILED         .00          .00
PARK DANSEN               UNSEC W/INTER    NOT FILED         .00          .00
PROVIDIAN VISA CARD       UNSEC W/INTER    NOT FILED         .00          .00
US DEPT OF EDUCATION      UNSEC W/INTER    NOT FILED         .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY             .00                     .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                    --------------     --------------
TOTALS                    .00                  .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 55129 MICHAEL MCFADDEN & TRINA MCFADDEN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/17/06

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE