```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 55129
     TRINA MCFADDEN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
     SSN XXX-XX-5957
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/05 and confirmed on 02/24/06.

     2.  The case was dismissed after confirmation, 02/08/2008.

     3.  The Debtor paid a total of $   6420.00 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MEADOWS CREDIT UNION | SECURED VEHIC | 10000.00 | 1086.47 | 2251.69 |
| FAIRFIELD COMMUNITIES | UNSECURED | NOT FILED | .00 | .00 |
| BALABAN FURNITURE | UNSECURED | 1026.58 | .00 | .00 |
| CALVARY PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PAC | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1406.57 | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1312.00 | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 5485.65 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10000.00 | .00 | 9230.80 | .00 | 19230.80 |
| PRINCIPAL PAID | 2251.69 | .00 | .00 | .00 | 2251.69 |
| INTEREST PAID | 1086.47 | .00 | .00 | .00 | 1086.47 |
| TOTAL PAID | 3338.16 | .00 | .00 | .00 | 3338.16 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2850.00
and was paid $      3.80   direct and $    2846.20  through the plan.

The Trustee received $     235.64 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/21/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 55129 TRINA MCFADDEN
```